866 A.2d 979

IN THE MATTER OF MICHAEL A. DEMIRO, AN ATTORNEY
AT LAW (ATTORNEY NO. 010011976).

February 23, 2005.

## O R D E R

This matter having been duly presented to the Court, it is
ORDERED that **MICHAEL A. DeMIRO** of **VERONA,** who was
admitted to the bar of this State in 1976, and who has been
suspended from the practice of law since June 2, 2003, pursuant to
Orders of this Court filed June 2, 2003, and January 10, 2005, be
restored to the practice of law, effective immediately.